■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PULIDO, Appellant. [716 NYS2d 913] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered July 19, 1999, convicting him of robbery in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, there was no improper delegation of judicial authority by the Supreme Court (*see, People v Hernandez,* 94 NY2d 552; *cf., People v Ahmed,* 66 NY2d 307). Bracken, J. P., Thompson, Sullivan and McGinity, JJ., concur.